No. 96–1554. PERSYN ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–1555. ARBEITER ET AL. *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Dept. Certiorari denied.

No. 96–1560. FULFREE *v.* MANCHESTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1561. DELCOURT *v.* SILVERMAN ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 96–1564. DICKEY *v.* CITY OF HARTSVILLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1599. SHOWERS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–1600. COTTRILL *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1601. CURTIS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1604. COOKE ET UX. *v.* DINAPOLI, TRUSTEE, ET AL. App. Ct. Conn. Certiorari denied.

No. 96–6841. MCCULLAH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7329. DURHAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7430. MATHIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7589. COHEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7703. CARTER *v.* AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 9th Cir. Certiorari denied.

No. 96–7732. BADRU *v.* UNITED STATES; and
No. 96–7734. BADRU *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 97 F. 3d 1471.